PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorney for Movant, U.S. Xpress, Inc.
and Kurt Allen Updegraff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re* SUBPOENAS TO INFINITY CAPITAL MANAGEMENT, LLC, <br><br> Served in related case: <br><br> *Janet Hobbs v. U.S. Xpress, Inc. and Kurt Allen Updegraff* <br> *N.D. Ala. Case No. 7:18-cv-02129* | Civil Action No. 2:20-cv-01372-JCM-BNW <br><br> Alabama Case No. 7:18-cv-02129 <br><br> **JOINT STIPULATION** <br> **TO EXTEND THE** <br> **BRIEFING SCHEDULE BY** <br> **FOURTEEN DAYS** |

COME NOW Infinity Capital Management, LLC and U.S. Xpress, Inc. and Kurt Allen Updegraff (Hereinafter "Parties") and move this Court to enter an order extending the briefing schedule by fourteen (14) days. As grounds for this Motion, the parties show as follows:

1. Movants U.S. Xpress, Inc. and Kurt Allen Updegraff filed their Motion to Compel the production of documents against Infinity Capital Management on July 24, 2020. (Doc. 1).

2. Movants served Infinity Capital Management, LLC with its Motion to Compel on July 28, 2020.

3. Counsel for the Parties have discussed the contents of the subpoena to Infinity Capital Management and Infinity Capital Management's production.

4. As such, counsel for the Parties have agreed to extend the briefing schedule for the Motion to Compel by fourteen (14) days in order to come to an agreement about Infinity Capital Management's document production.

5. Neither party will be prejudiced by the extension and should the Parties come to an agreement, judicial economy will be served.

WHEREFORE, premises considered, the Parties request that this Honorable Court extend the briefing schedule by fourteen (14) days.

DATED this 31st day of July, 2020.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*s/ Phillip Goodhart*
PHILLIP GOODHART, ESQ.
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorney for the Movants

FREED GRANT

*s/ Thomas C. Grant*
THOMAS C. GRANT, ESQ.
101 Marietta Street, NW
Suite 3600
Atlanta, Georgia 30303
Attorney for Infinity Capital Management, LLC

**ORDER**

IT IS SO ORDERED this 3rd day of August, 2020.

United States Magistrate Judge

-2-

# Stefanie D. Mitchell

| | |
|---|---|
| **From:** | Trey Perdue <tperdue@carrallison.com> |
| **Sent:** | Friday, July 31, 2020 1:11 PM |
| **To:** | Philip Goodhart |
| **Cc:** | Tom Oliver; Rob Arnwine; Stefanie D. Mitchell |
| **Subject:** | RE: Hobbs v. US Xpress |

Phil,

Tom Grant has approved us to sign for him. Thanks and have a good weekend.

Trey

---

**From:** Philip Goodhart [mailto:png@thorndal.com]
**Sent:** Friday, July 31, 2020 12:57 PM
**To:** Trey Perdue <tperdue@carrallison.com>
**Cc:** Tom Oliver <toliver@carrallison.com>; Rob Arnwine <rarnwine@carrallison.com>; Stefanie D. Mitchell <SDM@thorndal.com>
**Subject:** RE: Hobbs v. US Xpress

Thanks Trey

We will need an email from Integrity's counsel authorizing his electronic signature on the stip.

-Phil

---

**From:** Trey Perdue <tperdue@carrallison.com>
**Sent:** Friday, July 31, 2020 9:28 AM
**To:** Philip Goodhart <png@thorndal.com>
**Cc:** Tom Oliver <toliver@carrallison.com>; Rob Arnwine <rarnwine@carrallison.com>; Stefanie D. Mitchell <SDM@thorndal.com>
**Subject:** RE: Hobbs v. US Xpress

I will prepare one and send it over today.

Trey

---

**From:** Philip Goodhart [mailto:png@thorndal.com]
**Sent:** Friday, July 31, 2020 11:04 AM
**To:** Trey Perdue <tperdue@carrallison.com>
**Cc:** Tom Oliver <toliver@carrallison.com>; Rob Arnwine <rarnwine@carrallison.com>; Stefanie D. Mitchell <SDM@thorndal.com>
**Subject:** Re: Hobbs v. US Xpress

Trey - we just need to file a stipulation to extend the briefing deadline. Would you like me to prepare one? Or will you?

Philip Goodhart | Shareholder | Thorndal Armstrong Delk Balkenbush & Eisinger
1100 E. Bridger Avenue | PO BOX 2070 | Las Vegas, NV  89125

1