PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorney for Movant, U.S. Xpress, Inc.
and Kurt Allen Updegraff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re* SUBPOENAS TO INFINITY CAPITAL MANAGEMENT, LLC, <br><br> Served in related case: <br><br> *Janet Hobbs v. U.S. Xpress, Inc. and Kurt Allen Updegraff* <br> N.D. Ala. Case No. 7:18-cv-02129 | **Civil Action No. 2:20-cv-01372-JCM-BNW** <br><br> Alabama Case No. 7:18-cv-02129 <br><br> **STIPULATION AND ORDER TO** <br> **WITHDRAW MOTION TO COMPEL** |

IT IS HEREBY STIPULATED AND AGREED by parties hereto that Motion to Compel Complete Subpoena Responses by Non-Party Infinity Capital Management, LLC may be withdrawn and the hearing currently on calendar for October 1, 2020 at 10:00 a.m. may be vacated.

DATED this 25th day of August, 2020.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER


*s/ Philip Goodhart*
PHILIP GOODHART, ESQ.
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorney for the Movants

-1-

1                          FREED GRANT

2

3                          *s/ Thomas C. Grant*

4                          THOMAS C. GRANT, ESQ.
                           101 Marietta Street, NW

5                          Suite 3600
                           Atlanta, Georgia 30303

6                          Attorney for Infinity Capital Management, LLC

7                                 **ORDER**

8     IT IS SO ORDERED this 31st day of August, 2020.

9

10

11                          _____

12                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Stefanie D. Mitchell

| | |
|---|---|
| **From:** | Rob Arnwine <rarnwine@carrallison.com> |
| **Sent:** | Tuesday, August 25, 2020 10:32 AM |
| **To:** | Tom Grant; Tom Oliver |
| **Cc:** | JoAnne Brownlee |
| **Subject:** | Janet Hobbs v. National Interstate Ins. Co., U.S. Express, Inc. and Kurt Allen Updegraff - Your File No. 3689-54 |
| **Attachments:** | STIP to Withdraw Motion to Compel.docx |

Tom, will you take a look at the attached stipulation to withdraw and confirm it is okay to file with your e-signature?

Thanks,

Rob

1

## Stefanie D. Mitchell

| | |
|---|---|
| **From:** | Tom Grant <tom@freedgrant.com> |
| **Sent:** | Tuesday, August 25, 2020 11:14 AM |
| **To:** | Rob Arnwine; Tom Oliver |
| **Cc:** | JoAnne Brownlee |
| **Subject:** | RE: Janet Hobbs v. National Interstate Ins. Co., U.S. Express, Inc. and Kurt Allen Updegraff - Your File No. 3689-54 |

Yes, thank you.

Tom



## Thomas C. Grant

Freed Grant LLC
101 Marietta Street, NW
Suite 3600
Atlanta, Georgia 30303
Tel: (470) 407-5967
Fax: (470) 839-9301

tom@freedgrant.com

CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.  We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Rob Arnwine <rarnwine@carrallison.com>
**Sent:** Tuesday, August 25, 2020 1:32 PM
**To:** Tom Grant <tom@freedgrant.com>; Tom Oliver <toliver@carrallison.com>
**Cc:** JoAnne Brownlee <jbrownlee@carrallison.com>
**Subject:** Janet Hobbs v. National Interstate Ins. Co., U.S. Express, Inc. and Kurt Allen Updegraff - Your File No. 3689-54

Tom, will you take a look at the attached stipulation to withdraw and confirm it is okay to file with your e-signature?

Thanks,

Rob